

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA   08 5870

Eugene Wells
~~Norristown State Hospital Dept. of Public Welfare~~
_____
Plaintiff

v.

~~_____~~ Norristown State Hospital Dept. Public Welfare PA.
_____
Defendant

## COMPLAINT

1.) Fill in you address (street, city or town, state, and zip code):

   Harbor lights Apt. 1032 Radcliffe st Apt B-5
   Bristol PA. 19007

2.) Defendant's address is (street, city or town, state, and zip code):

   1001 Sterigere St
   Norristown PA 19401

3.) <u>Statement of Claim</u>:
Fill in the facts of your case, and state why you are filing this lawsuit. Give names, dates, and places as best you can.

   I was subjected to Discrimination
   Racism, harrassment and violation of
   Civil Rights.

4.) Fill in what you are requesting in this case:

_Compensation for pain and suffering_
_tramas of Racism and harrassment_

5.) If you filed charges with the Equal Employment Opportunity Commission or with the Pennsylvania Human Relations Commission, please attach a copy of the Notice-of-Right-to-Sue letter.

6.) If there is a right to a jury trial in your type of case, do you want one?
Yes _✓_    No ____

_Eugene Well_
(Your Signature)

I declare under penalty of perjury that the information filled in is true and correct.

_12/18/08_                              _Eugene Well_
(Date)                                    (Your Signature)